UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LEA K. RELLAS,

    Plaintiff,

v.                                               Case No: 2:18-cv-220-FtM-38CM

LEE COUNTY PORT
AUTHORITY,

    Defendant.

## ORDER

This matter comes before the Court upon review of Plaintiff's Motion for Relief from Circuit Court Order Granting Defendant's Motion to Compel filed on June 11, 2018. Doc. 23. Defendant Lee County Port Authority has not responded as the time to do so has not yet passed. Nevertheless, Court will deny the motion without prejudice for failure to comply with Middle District of Florida Local Rule 3.01(g).

Local Rule 3.01(g) requires that each motion filed in a civil case, with certain enumerated exceptions not at issue here, "stat[e] whether counsel agree on the resolution of the motion," and further provides that a statement to the effect that counsel for the moving party attempted to confer with counsel for the opposing party but counsel was unavailable is "insufficient to satisfy the parties' obligation to confer." M.D. Fla. R. 3.01(g). Here, the motion contains no reference to Plaintiff even attempting to comply with Local Rule 3.01(g). *See generally* Doc. 23. The Court thus directs Plaintiff to meaningfully confer with Lee County Port Authority

about the requested relief to try to reach an agreeable resolution, and, if motion practice is still necessary, to refile her motion in accordance with the Local Rules.

ACCORDINGLY, it is

**ORDERED:**

Plaintiff's Motion for Relief from Circuit Court Order Granting Defendant's Motion to Compel (Doc. 23) is **DENIED without prejudice**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 12th day of June, 2018.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record